IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

    vs.

LOPEZ QUALITY AUTO BODY & PAINTING, INC.; et al.,

      Defendants.

                          /

No. CIV S-11-2775 KJM-KJN

ORDER TO SHOW CAUSE

        Plaintiff filed a notice of settlement on April 27, 2012 (ECF 9) and was ordered to file dispositional documents by May 29, 2012 (ECF 10.)  On May 29, 2012, plaintiff requested an extension of time to file dispositional documents (ECF 11), which the court granted, extending the time to file dispositional documents to June 18, 2012 (ECF 12).  On June 18, 2012, plaintiff filed a second request for an extension of time to file dispositional documents (ECF 13), which the court granted, extending the time to file dispositional documents to July 18, 2012 (ECF 14).  Plaintiff has now filed his third request for an extension of time to file dispositional documents in the above-captioned matter.  (ECF 15.)  He contends only that "[t]he terms of the settlement agreement were revised on July 19, 2012" and that "[t]he Defendant stated the documents will go in the mail later this week."  Plaintiff has not served any of the requests for extension of time on any defendant.

1

1  Local Rule 160(b) provides: "The Court may, on good cause shown, extend the time for filing the dispositional papers." On the current record, plaintiff has failed to show good cause for extending the time to file dispositional documents.

Plaintiff is hereby ordered to show cause, within seven (7) days of the entry of this order, why this matter should not be dismissed. With his response to this order, plaintiff shall provide the court with proof that defendants were served the notice of settlement and requests for extension filed in this matter; failure to do so shall result in dismissal with prejudice. Plaintiff is further ordered to serve this order on defendants and to file proof of service of this order on defendants on the court's docket.

IT IS SO ORDERED.

DATED: July 24, 2012.

_____
UNITED STATES DISTRICT JUDGE