IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,    No. CIV S-11-2775 KJM-KJN

    vs.

LOPEZ QUALITY AUTO BODY &
PAINTING, INC.; et al.,    ORDER

    Defendants.
_____/

        On July 25, 2012, the court ordered plaintiff to show cause why the above-captioned matter should not be dismissed where plaintiff had sought a third extension of time to file dispositional documents without showing good cause for said request and without having served any request for extension of time on defendants. (ECF 16.) The court further ordered plaintiff to provide proof defendants were served the notice of settlement and requests for extension of time, as well as to serve and provide proof of service on defendants of the court's order to show cause. (*Id.*) Plaintiff was advised failure to comply with the court's order would result in dismissal with prejudice. (*Id.*) Instead of complying with the court's order, plaintiff filed a request to withdraw notice of settlement, which also was not accompanied by any proof of service on defendants. (ECF 17.) This document is wholly unresponsive to the court's order to

1  show cause.  Accordingly, the above-captioned matter is dismissed with prejudice.  The Clerk of
2  the Court is directed to mail a copy of this order to Roberto C. and Elsa Lopez at 20945 East
3  Street, Woodland, CA 95776 and to Lopez Quality Auto Body Painting, Inc. at 1575 Case Place,
4  Woodland, CA 95776.  This case is CLOSED.

        IT IS SO ORDERED.

DATED: October 16, 2012.

                                      UNITED STATES DISTRICT JUDGE